**Order filed August 23, 2022**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-21-00753-CV

———————

### MONICA NICOLE TOWNSEND, Appellant

### V.

### SAIRA VASQUEZ, Appellee

**On Appeal from the County Court at Law No. 5**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-CCV-066520**

## ORDER

Appellant's brief was originally due May 9, 2022. We granted three extensions of time to file a brief until August 8, 2022. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. On August 10, 2022, appellant, proceeding pro se, filed a further request to extend time to file appellant's brief. We grant the request and issue the following order.

We order appellant to file a brief with the clerk of this court on or before **September 22, 2022**. If appellant does not timely file the brief as ordered, the

appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.